AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| Lory Baraz, et al <br> *Plaintiff* <br> v. <br> Jerry Lee Farish, et al <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 3:18-cv-01790-K <br> ) <br> ) <br> ) <br> ) |

**Summons in a Civil Action**

**TO:** Jerry Lee Farish

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

  John Helstowski
  13601 Preston Rd. Ste. E920
  Dallas , TX 75240

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

DATE: 07/12/2018

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:18-cv-01790-K

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* JERRY LEE FARISH
was received by me on *(date)* August 1, 2018 @ 8:54 PM.

[X] I personally served the summons on the individual at *(place)* 3109 RUSTIC WOODS COURT, BEDFORD, TX 76021
on *(date)* Saturday, August 4, 2018 @ 10:03 AM ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

[ ] I returned the summons unexecuted because: _____ ; or

[ ] Other: _____ ; or

My fees are $ ----- for travel and $ ----- for services, for a total of $ ----- .

I declare under penalty of perjury that this information is true.

Date: August 7, 2018

*Server's signature*

Patrick Kyle Davis; PSC #11774; Expires 12/31/2018

*Printed name and title*

8828 N. Stemmons Freeway Suite 230, Dallas, TX 75247

*Server's address*

Additional information regarding attempted service, etc.: